UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Jeffrey Allen
                    Plaintiff,

v.                                      Case No.: 1:10−cv−03183
                                      Honorable Sidney I. Schenkier

City of Chicago
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 31, 2015:

      MINUTE entry before the Honorable Sidney I. Schenkier: Telephone conference held with parties. The Court grants each side until 9/11/15 to file their proposed findings of fact with citations to the trial record. No proposed conclusions of law shall be filed. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.